# United States Court of Appeals

### For the Eighth Circuit

_____

No. 19-1676

_____

Gwen G. Caranchini, also known as Gwendolyn Gill Caranchini

*Plaintiff - Appellant*

v.

Nationstar Mortgage, LLC

*Defendant - Appellee*

Martin Leigh, P.C.

*Defendant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: November 7, 2019
Filed: November 25, 2019
[Unpublished]

_____

Before COLLOTON, SHEPHERD, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

In this diversity action, Gwen Caranchini appeals after the district court's[1] adverse grant of summary judgment and denial of her subsequent motion requesting recusal. Caranchini's notice of appeal (NOA) designated her intent to appeal the district court's order granting summary judgment. In her briefs, Caranchini challenges only the denial of her request for recusal. Defendant Nationstar Mortgage, LLC, asserts that Caranchini's challenge is outside the scope of this appeal, because the NOA identified only the order granting summary judgment. We agree. See USCOC of Greater Mo. v. City of Ferguson, Mo., 583 F.3d 1035, 1040 (8th Cir. 2009) (no jurisdiction to decide issues on appeal that were not designated, and therefore not preserved, in NOA). See also Evance v. Truman Health Services, LLC, 719 F.3d 673, 677 (8th Cir. 2013) (appellate review is limited to issues identified in NOA). Accordingly, we affirm. See 8th Cir. R. 47B.

---

[1]The Honorable Greg Kays, United States District Judge for the Western District of Missouri.